UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:

    JOSE ORLANDO AVILES-FIGUEROA

    MARIA EUGENIA PORTOBANCO

    Debtors                                    Chapter 13

                                                                                Case No. 18-13983-KHK

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    THIS MATTER having come before the Court on the Motion for Relief from the Automatic Stay filed by Zakevia D. Green, Kade Lawson, a minor by her mother and next friend Zakevia Green and Kase Lawson, a minor by her mother and next friend Zakevia Green, Docket No. 21, and it appearing to the Court that the motion should be granted, it is

    ORDERED:

    1.   Zakevia D. Green, Kade Lawson, a minor by her mother and next friend Zakevia Green and Kase Lawson, a minor by her mother and next friend Zakevia Green's Motion for Relief from the Automatic Stay is GRANTED in part, and they may proceed to collect from the Debtor's insurance company, GEICO, up to the amount of insurance coverage but may not recover any property from the Debtor or the bankruptcy estate.

    2.   The Clerk will mail copies of this Order, or provide cm-ecf notice of its

Order, page 2
AVILES-FIGUEROA
Case No. 18-13983-KHK

entry, to the parties below.

Date: Mar 12 2019  /s/ Klinette Kindred
  _____
  Klinette H. Kindred
  United States Bankruptcy Judge

  Entered on Docket: March 13, 2019

<u>Local Rule 9022-1(C) Certification</u>

 The foregoing order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

<u>/s/ JOHN J.O'DONNELL JR. </u>
JOHN J. O'DONNELL JR.

WE ASK FOR THIS:

<u>/s/ JOHN J.O'DONNELL JR. </u>
JOHN J. O'DONNELL JR.
Counsel for Movants
VSB # 16510
601 King Street, Suite 400
Alexandria, VA  22314
Telephone:  (703) 549-2082
Facsimile:  (703) 739-1336
Email:  Jjolaw@aol.com

Order, page 3
AVILES-FIGUEROA
Case No. 18-13983-KHK

SEEN and AGREED:

/s/  Ashley Frances-May Morgan

ASHLEY FRANCES-MAY MORGAN
Counsel for Debtors
Ashley F. Morgan Law, P.C.
722 Grant Street, Suite G
Herndon, Virginia, 20170
Telephone: 703 880-4881
Fax:  571 376-5891
Email:  Ashley@AFMorganLaw.com

SEEN and NO OBJECTION:

/s/  Thomas P. Gorman
_____
THOMAS P. GORMAN
Chapter 13 Trustee
300 North Washington Street, Suite 400
Alexandria, Virginia, 22314
(703)836-2226
VSB# 26421